| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | R.STEVEN LAPHAM<br>LEE S. BICKLEY |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA  95814<br>Telephone:  (916) 554-2700 |
| 5 | Facsimile:  (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JEWEL HINKLES, et al.,<br><br>           Defendants. | CASE NO. 2:11-Cr.-0504 WBS<br><br>GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO BERNDATTE GUIDRY |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States respectfully moves this court for an order dismissing the indictment as to Bernadette Guidry only.

DATED:      July 22, 2013

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    /s/ Lee S. Bickley_____
                                                    LEE S. BICKLEY
                                                    Assistant United States Attorney

1

BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JEWEL HINKLES, et al.,<br><br>                Defendants. | CASE NO. 2:11-Cr.-0504 WBS<br><br>ORDER DISMISSING INDICTMENT AS TO BERNADETTE GUIDRY ONLY |

Based on the government's motion to dismiss the indictment against Bernadette Guidry,

IT IS HEREBY ORDERED that the above-captioned Indictment be and hereby is dismissed as to Bernadette Guidry only.

Dated: July 23, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2